# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 4. Motion and Affidavit for Permission to Proceed in Forma Pauperis

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form04instructions.pdf*

**9th Cir. Case Number(s)** 26-6311

**Case Name** Greer v. Aguilar

**Affidavit in support of motion:** I swear under penalty of perjury that I am financially unable to pay the docket and filing fees for my appeal. I believe my appeal has merit. I swear under penalty of perjury under United States laws that my answers on this form are true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

**Signature** [signature] **Date** 2026-10-16

The court may grant a motion to proceed in forma pauperis if you show that you cannot pay the filing fees **and** you have a non-frivolous legal issue on appeal. Please state your issues on appeal. (*attach additional pages if necessary*)

I am currently involved in two employment-related arbitrations concerning money I contend is owed to me by Lyft and Viatron. Both unfairly terminated me. I recently participated in settlement discussions in one matter (Lyft), but no settlement was reached, and the other arbitration is scheduled for next month for a JAMS Phase 1 hearing (Viatron).

In the meantime, I am surviving on very limited funds, do food delivery occasionally, and do not presently have sufficient disposable income to pay the $605 appellate filing fee without jeopardizing my ability to pay ordinary living expenses. I therefore respectfully request leave to proceed in forma pauperis.

This appeal is taken in good faith and presents substantial legal issues. The district court denied preliminary injunctive relief after declining to apply strict scrutiny to Nevada's local-initiative sponsorship requirements. The appeal challenges the district court's application of Ninth Circuit precedent, including Pierce v. Jacobsen, its severe-burden analysis, and its denial of reconsideration after I identified controlling authority and additional allegations and evidence documenting repeated efforts to secure qualifying local sponsors.

1. *For both you and your spouse, estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| | **Average monthly amount during the past 12 months** | | **Amount expected next month** | |
|---|---|---|---|---|
| **Income Source** | **You** | **Spouse** | **You** | **Spouse** |
| Employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Self-Employment | $ 500 | $ 0 | $ 300 | $ 0 |
| Income from real property (such as rental income) | $ 0 | $ 0 | $ 0 | $ 0 |
| Interest and Dividends | $ 0 | $ 0 | $ 0 | $ 0 |
| Gifts | $ 0 | $ 0 | $ 0 | $ 0 |
| Alimony | $ 0 | $ 0 | $ 0 | $ 0 |
| Child Support | $ 0 | $ 0 | $ 0 | $ 0 |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ 0 | $ 0 | $ 0 |
| Disability (such as social security, insurance payments) | $ 0 | $ 0 | $ 0 | $ 0 |
| Unemployment Payments | $ 0 | $ 0 | $ 0 | $ 0 |
| Public-Assistance (such as welfare) | $ 0 | $ 0 | $ 0 | $ 0 |
| Other (specify) NA | $ 0 | $ 0 | $ 0 | $ 0 |
| **TOTAL MONTHLY INCOME:** | $ 500 | $ 0 | $ 0 | $ 0 |

2. *List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| Viatron | 3634 S Maryland Pkwy, Las Vegas, NV 89169 | From 12/15/2024<br>To 10/06/2025 | $ 1,600 |
| Lyft (self-employed) | 185 Berry Street, Suite 400<br>San Francisco, CA 94107 | From 01/15/2026<br>To 05/13/2026 | $ 1,200 |
| Door Dash (self-employed) | 303 2nd Street, South Tower, 8th Floor<br>San Francisco, CA 94107 | From 05/15/2026<br>To 08/15/2026 | $ 1,000 |
| NA | NA | From NA<br>To NA | $ 0 |

3. *List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| N/A | N/A | From N/A<br>To N/A | $ 0 |
| N/A | N/A | From N/A<br>To N/A | $ 0 |
| N/A | N/A | From N/A<br>To N/A | $ 0 |
| N/A | N/A | From N/A<br>To N/A | $ 0 |

4. *How much cash do you and your spouse have?* $ 500

*Below, state any money you or your spouse have in bank accounts or in any other financial institution.*

| Financial Institution | Type of Account | Amount You Have | Amount Your Spouse Has |
|---|---|---|---|
| America First | Savings | $ 500 | $ 0 |
| N/A | N/A | $ 0 | $ 0 |
| N/A | N/A | $ 0 | $ 0 |
| N/A | N/A | $ 0 | $ 0 |

***If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.***

5. *List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishing.*

| Home | Value | Other Real Estate | Value |
|---|---|---|---|
| N/A | $ 0 | N/A | $ 0 |

| Motor Vehicle 1: Make & Year | Model | Registration # | Value |
|---|---|---|---|
| Kia 2022 | Niro | KNDCC3LG4N516092 | $ 6,000 |
| **Motor Vehicle 2: Make & Year** | **Model** | **Registration #** | **Value** |
| N/A | NA | NA | $ 0 |

| Other Assets | Value |
|---|---|
| N/A | $ 0 |
| NA | $ 0 |
| NA | $ 0 |

6. *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| ViaTRON Systems, Inc.(Amount is disputed and subject to pending JAMS arbitration.) | $ 1,500,000 | $ 0 |
| Lyft, Inc (Amount is disputed and subject to pending AAA arbitration.) | $ 900,000 | $ 0 |
| NA | $ 0 | $ 0 |

7. *State the persons who rely on you or your spouse for support. If a dependent is a minor, list only the initials and not the full name.*

| Name | Relationship | Age |
|---|---|---|
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

| | You | Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $ 0 | $ 0 |
| - Are real estate taxes included? ◯ Yes ◉ No | | |
| - Is property insurance included? ◯ Yes ◉ No | | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 100 | $ 0 |
| Home maintenance (repairs and upkeep) | $ 0 | $ 0 |
| Food | $ 400 | $ 0 |
| Clothing | $ 0 | $ 0 |
| Laundry and dry-cleaning | $ 0 | $ 0 |
| Medical and dental expenses | $ 0 | $ 0 |
| Transportation (not including motor vehicle payments) | $ 80 | $ 0 |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ 0 |
| Insurance (not deducted from wages or included in mortgage payments) | | |
| - Homeowner's or renter's | $ 0 | $ 0 |
| - Life | $ 0 | $ 0 |
| - Health | $ 0 | $ 0 |
| - Motor Vehicle | $ 202 | $ 0 |
| - Other N/A | $ 0 | $ 0 |
| Taxes (not deducted from wages or included in mortgage payments) | | |
| Specify N/A | $ 0 | $ 0 |

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

| | You | Spouse |
|---|---|---|
| Installment payments | | |
| - Motor Vehicle | $ 0 | $ 0 |
| - Credit Card (name) N/A | $ 0 | $ 0 |
| - Department Store (name) N/A | $ 0 | $ 0 |
| Alimony, maintenance, and support paid to others | $ 0 | $ 0 |
| Regular expenses for the operation of business, profession, or farm (attach detailed statement) | $ 0 | $ 0 |
| Other (specify) N/A | $ 0 | $ 0 |
| **TOTAL MONTHLY EXPENSES** | $ 782 | $ 0 |

9. *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?* ◯ Yes ◯ No

If Yes, describe on an attached sheet.

10. *Have you spent—or will you be spending—any money for expenses or attorney fees in connection with this lawsuit?* ◯ Yes ◉ No

If Yes, how much? $

11. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

I am currently surviving on very limited income and cannot afford the appellate filing fee without affecting my ability to pay ordinary living expenses. I have two pending employment-related arbitrations in which I am seeking substantial monetary relief, including a pending JAMS arbitration against ViaTRON. I am optimistic about my claims, but any recovery is disputed, uncertain, and may not be paid for some time even if I prevail. I therefore do not presently have access to those claimed funds and cannot rely on them to pay the filing fee.

12. *State the city and state of your legal residence.*

City: Las Vegas State: Nevada

Your daytime phone number (ex., 415-355-8000) 3852144590

Your age 35 Your years of schooling K-12, plus an associates degree, plus finishing