# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 14. Motion for Extension of Time

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form14instructions.pdf*

**9th Cir. Case Number(s)** 26-6311 - 003

**Case Name** Greer v. Aguilar

Requesting Party Name(s) Russell Greer

I am:
- (●) The party requesting the extension.
- ( ) Counsel for the party or parties requesting the extension.

I request an extension of time to file a:

- ☒ Brief (*you **must** also complete the Declaration on page 3*)
- ☐ Motion to proceed in forma pauperis
- ☐ Motion for a certificate of appealability
- ☐ Response/opposition to a pending motion
- ☐ Reply to a response/opposition to a pending motion
- ☐ Certified Administrative Record
- ☐ Response to court order dated
- ☐ Other *(you **must** describe the document)*

The requested new due date is: 2026-11-26

I request the extension of time because (**cannot be left blank**):
*(attach additional pages if necessary)*

I am proceeding pro se and respectfully request my first 30-day extension, through November 25, 2026. Due to my disability and personal circumstances, I need additional time to prepare my opening brief addressing substantial constitutional issues. Although filed on the due date, I respectfully request consideration under Circuit Rule 31-2.2(b).

**Signature** s/Russell Greer **Date** 2026-10-26

*(use "s/[typed name]" to sign electronically-filed documents)*

**Recitals in criminal and immigration cases pursuant to Circuit Rule 27-8**
*Complete this section for criminal or immigration cases.*

Previous requests for extension of time to file the document, including any request for a Streamlined Extension of Time under Circuit Rule 31-2.2(a) (*select one*):

○ I have **NOT** filed a previous request to extend time to file the document.

○ I have previously requested an extension of time to file the document.

This motion is my [ ] request.
*(Examples: first, second)*

Bail/detention status (*select one*):

○ The defendant is incarcerated. The projected release date is: [ ].

○ The petitioner is detained.

○ The defendant/petitioner in this criminal/immigration case is at liberty.

**Signature** [ ] **Date** [ ]
*(use "s/[typed name]" to sign electronically-filed documents)*

**Declaration in support of extension to file brief under Circuit Rule 31-2.2(b)**
*Complete this section if you are requesting an extension of time to file a brief.*

1. I request an extension of time to file the [Opening] brief.
   *(Examples: opening, answering, reply, first cross-appeal)*
2. The brief's current due date is: [2026-10-26]
3. The brief's first due date was: [2026-10-26]
4. A more detailed explanation of why the extension of time to file the brief is necessary: *(Under Circuit Rule 31-2.2(b), a request for extension of time to file a brief must be "supported by a showing of diligence and substantial need" and a conclusory statement as to the press of business does not constitute such a showing. Attach additional pages if necessary.)*

   I am proceeding pro se and have diligently worked on this appeal. Due to my disability, significant personal hardship, and the complexity of the constitutional issues presented, I have been unable to complete my opening brief by the original deadline. I respectfully request 30 additional days to complete and file the brief.

5. The position of the other party/parties regarding this request is:

   ☐ Unopposed.

   ☐ Opposed by *(name of party/parties opposing this motion):*

   ☒ Unknown. I am unable to verify the position of the other party/parties because:

   Even after both the Secretary of State and Attorney General were served, they have forgotten or refused to appear in the case.

6. ☐ The court reporter is not in default with regard to any designated transcripts.

   If the court reporter is in default, please explain:

7. ☒ I have exercised diligence and I will file the brief within the time requested.

I declare under penalty of perjury that the foregoing is true and correct.

**Signature** s/Russell Greer **Date** 2026-10-26

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*